FILED

2026 Jun-24  PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

AVSO350

ALABAMA JUDICIAL DATA CENTER
CALHOUN        COUNTY, ALABAMA
SUMMONS                              CV 2026 900296.00
CIVIL

---

IN THE  CIRCUIT COURT OF  CALHOUN        COUNTY, ALABAMA
CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL

```
        SERVE ON: (D001)
        SSN:       -  -                        PLAINTIFF'S ATTORNEY
        SHOE STATION                           *** PRO SE ***
        110 OXFORD EXCHANGE BLVD

        OXFORD       ,AL  36203-0000
```

---

NOTICE TO THE ABOVE-NAMED DEFENDANT:

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU
OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER,
EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER
DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED
OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR
ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES)
OF THE ATTORNEY(S).

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT
MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE
COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER
WITH THE CLERK OF THIS COURT.

---

(√)     TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
        PROCEDURE TO SERVE PROCESS:
        YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
        COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE
        ABOVE-NAMED DEFENDANT.

( )     SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
        WRITTEN REQUEST OF _____ PURSUANT TO THE ALABAMA
        RULES OF CIVIL PROCEDURE.

DATE: 05/20/2026                      CLERK: KIM MCCARSON
                                             300 CALHOUN CO COURTHOUSE
                                             ANNISTON  AL  36201
                                             (256)231-1750

( )     CERTIFIED MAIL IS HEREBY REQUESTED
                                             _____
                                             PLAINTIFF'S/ATTORNEY'S
                                                    SIGNATURE

---

RETURN ON SERVICE

( )     RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE
        ON (DATE) _____ (RETURN RECEIPT HERETO ATTACHED)

( )     I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THIS SUMMONS AND

        COMPLAINT OR OTHER DOCUMENT TO _____

        IN _____ COUNTY, ALABAMA ON (DATE) _____

_____        _____
DATE                                SERVER'S SIGNATURE

_____        _____
SERVER'S ADDRESS                    TYPE OF PROCESS SERVER

_____

_____
SERVER'S PHONE NUMBER

---

OPERATOR: VIS    PREPARED: 05/20/2026

DOCUMENT 1

ELECTRONICALLY FILED
5/7/2026 11:21 AM
11-CV-2026-900296.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>[C][V] [ ][ ][ ][ ]  [ ][ ][ ][ ]  [ ][ ] . [ ]<br>Date of Filing:                    Judge Code:<br>[ ][ ] [ ][ ] [ ][ ][ ][ ]   [ ][ ][ ][ ][ ]<br>Month   Day      Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF ___Calhoun County___ , ALABAMA

___Christina Lashce Ervin___   v.   ___Shoe Station___
        _(Name of County)_

Plaintiff                                                   Defendant

First Plaintiff   ☐ Business   ☑ Individual      First Defendant   ☑ Business   ☐ Individual
                  ☐ Government  ☐ Other                             ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

TORTS: PERSONAL INJURY

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: ___

TORTS: PERSONAL INJURY

☐ TOPE - Personal Property
☐ TORE - Real Property

OTHER CIVIL FILINGS

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

OTHER CIVIL FILINGS (cont'd)

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
         Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☑ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction
         Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seamen (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☑ CVXX - Miscellaneous Circuit Civil Case

right to sue issued

**FILED**

MAY 07 2026

KIM McCARSON, CLERK

ORIGIN (check one):   F ☐ INITIAL FILING        A ☐ APPEAL FROM            O ☑ OTHER:
                                                  DISTRICT COURT            right to sue
                      R ☐ REMANDED             T ☐ TRANSFERRED FROM              issued
                                                  OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED?   ☐ YES ☑ NO      Note: Checking "Yes" does not constitute a demand for a
                                                jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

RELIEF REQUESTED:   ☑ MONETARY AWARD REQUESTED      ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE:
[ ][ ][ ][ ][ ][ ]        05-07-2026                  Christina E.
                          Date                        _____
                                                      Signature of Attorney/Party filing this form

MEDIATION REQUESTED:   ☐ YES  ☐ NO  ☑ UNDECIDED

DOCUMENT 1

FILED

MAY 0 7 2026

KIM McCARSON, CLERK

I Christina Envin, will be bringing this matter over to a court judge due to shoe station not wanting to settle out of court with previous lawyers and the ~~company~~ EEOC on my behalf after being bullied, racially profilled, retaliation and gas lighting while working there. I reached out to a lawyer company and the EEOC after all these things went down and leading to me quitting from being bullied out of my job. The EEOC requested a mediation but shoe station didn't comply and after trying and trying the EEOC gave up after I couldn't give exact dates and shoe station sent in lies, they issued me a 90 day right to sue letter for a judge ruleing for my case. Shoe station was asked to pay me $166,592 for this case but didn't comply. I have two written statements (2 witnesses) also for this case who worked there, but when given there statements it was to late and the EEOC closed there investigation and told me to save them for court.

Lots of things were missed on my behalf, but I also have videos, texts and pictures of things to support my case. I would like to bring both of my witnesses to court with me, so below I have shared their name, number and address for a court date copy to be sent over for them to come, for I don't have a lawyer or the money for one, so I will be acting on my behalf with my two witness by my side to help plea my case.

Thank you,
Christina Erwin

o Gracie Endfinger
- ▇▇-▇▇▇▇
- ▇▇▇▇▇▇▇▇▇

o Toni reynolds
- ▇▇▇▇▇▇
- ▇▇▇▇▇▇

BoldSign Document ID: 7d8e4877-7f0a-4d89-83ed-23fc359cfbc1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

|  |  | and EEOC |
|---|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Christina Ervin | Home Phone (incl. Area Code)<br>+1(256) 441-4343 | Date of Birth<br>▓▓/1999 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| ▓▓▓▓▓▓▓, Anniston, AL ▓▓7 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name<br>Shoe Station | No. Employees, Members<br>20-49 | Phone No. (incl. Area Code)<br>+1(256) 294-8172 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| | 110 Oxford Exchange Blvd, Oxford, AL 36203, United States |

| Name | No. Employees, Members | Phone No. (incl. Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON (Check appropriate boxes)) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest          Latest<br><br>8-1-2025<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I currently work for Shoe Station in Oxford, Alabama as an ASM and I was hired on 07/03/2025 and remain employed there. I am paid $16.15 per hour and I supervise store work and scanning of departments under the direction of my immediate supervisor Shonda Stebbins, store manager. This charge arises under Title VII of the Civil Rights Act of 1964. I am Black and I experienced harassment, discipline, and retaliation beginning around 08/01/2025 and continuing through the most recent incident on 12/20/2025. In August 2025 I confronted my supervisor Shonda Stebbins in person about her smelling and appearing high at work and I reported that behavior as unprofessional. Shortly after that complaint Shonda began giving me an excessive workload that she did not assign to other coworkers, increased performance scrutiny, and issued verbal coaching for alleged failures to complete scans and for missing signs. I also received a written write up after a manager at another store complained that someone was laughing in the background during a phone call even though I had no opportunity to present my side. Coworkers Tony and Genesis witnessed extra tasks and unfair treatment directed at me and they observed that other employees were not singled out in the same way and were given more chances to correct issues. I reported the supervisor conduct directly to Shonda Stebbins and my HR contact via the HR email responsehr@scvl.com. After my complaint the overloading of tasks and the pattern of discipline continued and made me feel forced to consider leaving, which I view as constructive discharge pressure. Based on the timing of the discipline, the different treatment of other employees, and the shift in reasons for write ups after I complained, I was treated this way because of my race and for reporting the conduct. I request that the EEOC accept and docket my charge.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| December 22, 2025       *Christina Ervin*<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Birmingham District Office
11130 22nd Street South, Suite 2000
Birmingham, AL. 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: March 31, 2026

**To:** Christina Ervin
▇▇▇▇▇▇▇▇
Anniston, AL ▇▇▇

Charge No: 420-2026-01442

EEOC Representative and email:     Alicia Martin-Schutz
Equal Opportunity Investigator
alicia.martin-schutz@eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 420-2026-01442.

On behalf of the Commission,

**SHERI GUENSTER** Digitally signed by SHERI GUENSTER
Date: 2026.03.31 18:32:44 -05'00'

/for Bradley A. Anderson
District Director

 Gmail

# Fwd: EEOC Right-to-Sue Letter Issued
1 message

**Christina Ervin** <⬛⬛⬛⬛⬛⬛⬛⬛⬛>
To: ⬛⬛⬛⬛⬛⬛⬛⬛⬛                                              Fri, May 1, 2026 at 11:31 AM

Sent from my iPhone

Begin forwarded message:

> **From:** no-reply@capitalrightslaw.com
> **Date:** April 10, 2026 at 4:03:18 AM CDT
> **To:** chervin2018@icloud.com
> **Subject: EEOC Right-to-Sue Letter Issued**

Hi Christina,

We wanted to let you know that the EEOC has issued a **Right-to-Sue letter** in your case.

**Do not worry about the word "dismissed."** In this type of EEOC notice, "dismissed" usually just means the EEOC is closing its process and issuing the Right to Sue. It does **not** mean Shoe Station won, and it is **not** a ruling by a judge or jury on the merits of your claims.

**Important deadline:** you now have a strict **90-day federal filing deadline**. That deadline is firm and cannot be extended.

Because our role is limited under the **limited-scope representation agreement**, we are not **representing you in court** in this matter. You should begin interviewing local litigation counsel now in case settlement is not reached. The Alabama resources listed below this email are shared only to help you move quickly; they are **not** an endorsement or recommendation, and we do not guarantee any firm will accept the case.

Please keep the RTS letter and your case documents available for any consultation.

We will assess whether any limited-scope pre-litigation follow-up is appropriate, but you should not wait on that.

Best regards,
Your Paralegal Team
Capital Rights Law

**Please begin interviewing litigation counsel in Alabama now.**
Below are plaintiff-side employment attorneys/firms in Alabama that appear to handle employment litigation matters and may accept contingency-fee cases:

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal. You should keep a record of the date you received EEOC's official notice of dismissal.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

DOCUMENT 1

oldSign Document ID: 7d8e4677-7f0a-4d89-83ed-23fc359cfbc1

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

DOCUMENT 1

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 420-2026-01442 to the District Director at Bradley A. Anderson, 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 420-2026-01442 to the District Director at Bradley A. Anderson, 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

Case 1:26-cv-01084-CLM    Document 1-1    Filed 06/24/26    Page 12 of 114
DOCUMENT 1

5/1/26, 11:58 AM                        Gmail - Fwd: Legal Notice – Christina Ervin vs Shoe Station, LLC – Response required by January 29, 2026

 Gmail

# Fwd: Legal Notice – Christina Ervin vs Shoe Station, LLC – Response required by January 29, 2026

1 message

**Christina Ervin**                                                                                    Fri, May 1, 2026 at 11:35 AM
To:

Sent from my iPhone

Begin forwarded message:

> **From:** asukwomendie@capitalrightslaw.com
> **Date:** January 15, 2026 at 12:17:03 AM CST
> **To:** ResponseHR@scvl.com
> **Cc:** info@shoestation.com, customerservice@shoestation.com, cs@shoestation.com,
> hr@shoestation.com, legal@shoestation.com, saktar@shoestation.com, sgideon@shoestation.com,
> stevemeyer@shoestation.com, spatel@shoestation.com, mwilliams@shoestation.com,
> danielle.elsen@shoecarnival.com, emileemurray@shoestation.com, spotlock@shoestation.com,
> lcraig@shoestation.com, carlen@capitalrightslaw.com
> **Subject: Legal Notice – Christina Ervin vs Shoe Station, LLC – Response required by January 29, 2026**

Dear Shoe Station,

Please find the attached formal demand letter, which is also being sent today via mail. Our firm has been retained to represent the claimant in this matter. The attached letter details discriminatory termination and wage-loss facts and demands compensation for back pay, front pay, emotional distress, and attorneys' fees. Confirm receipt and open settlement negotiations by January 29, 2026; failure to respond by that date will result in prompt litigation or EEOC filing where applicable. If you are not the appropriate contact, immediately direct us to your HR department or employment counsel.

**ATTACHMENT CONTENTS:**

--- Demand_Letter_6919f8366fb345e2bdd4082c1ae69849.pdf ---

\*\*\* PRE-LITIGATION SETTLEMENT DEMAND \*\*\*
Privileged Settlement Communication (Fed. R. Evid. 408)
Case Number: 6919f8366fb345e2bdd4082c1ae69849
Date: 12/22/2025
To: Shoe Station, LLC
responsehr@scvl.com
Attention: Shoe Station
Re: Christina Ervin - Employment Matter
Attorney: Timia Moore
INTRODUCTION
This firm represents Christina Ervin, a Black employee who has worked as an Assistant Store Manager at Shoe Station since
July 3, 2025. Beginning around August 1, 2025 and continuing through at least December 20, 2025, Ms. Ervin was subjected
to racially disparate treatment, harassment, and retaliation after she raised concerns about unlawful and unsafe workplace
conduct and after she complained that she was being discriminated against because of race. Shoe Station is a private employer

with approximately 20 to 49 employees at the relevant location and is covered by federal anti-discrimination law.

This matter is supported by direct, "smoking-gun" communications. Ms. Ervin reports text messages and related

communications in which management mocked her race-based concerns, including statements to the effect of "there's the race

card y'all," coupled with racially charged explanations offered as a defense. Ms. Ervin also has witnesses, including coworkers

Tony and Genesis, who observed unfair and racially disparate treatment. The evidence points to a workplace where Ms. Ervin

was singled out, isolated, and set up to fail through workload manipulation and discipline that was not applied evenly.

Preservation Notice (Litigation Hold): Please immediately preserve all potentially relevant documents and electronically

stored information, including texts, emails, chat or group messaging, store communications, schedules, task assignments,

performance metrics, write-ups, coaching notes, investigation files, complaint logs, and any audio or video recordings.

Preserve data from company-issued and personal devices used for work communications. Disable auto-deletion for these

sources and suspend routine destruction policies. This preservation notice stands independently of Federal Rule of Evidence

408. Nothing in this letter is an admission by Ms. Ervin, and all rights are expressly reserved.

REQUEST FOR INFORMATION

– Policies and standards for department scans, signage, task assignments, and discipline, with version and effective date used

in 2025.

– Chronology of Ms. Ervin's coaching and write-ups, including decisionmakers, dates, stated reasons, and supporting records.

– Comparator discipline and workload assignments for similarly situated non-Black managers at the Oxford store from August

to December 2025.

– All internal complaints and investigation records regarding race concerns or retaliation involving Shonda Stebbins during

2025.

LEGAL ANALYSIS

Federal law prohibits race discrimination and retaliation. Shoe Station's conduct implicates Title VII of the Civil Rights Act of

1964, 42 U.S.C. § 2000e et seq., and also supports claims under 42 U.S.C. § 1981 for race-based interference with the equal

right to make and enforce contracts, including employment.

Retaliation. Title VII's retaliation standard is broad. In Burlington N. & Santa Fe Ry. Co. v. White, 548 U.S. 53 (2006), the

Supreme Court held that retaliation includes employer actions that could dissuade a reasonable worker from complaining. It is

not limited to termination. Here, after Ms. Ervin raised concerns and complained about race-based mistreatment, she was

subjected to escalating scrutiny, workload overloading, targeted discipline, and public undermining. Those are classic

deterrent acts under Burlington.

Protected activity. Ms. Ervin's internal complaints are protected activity. Crawford v. Metro. Gov't of Nashville & Davidson

Cnty., 555 U.S. 271 (2009), confirms that internal reporting and participation in workplace complaint processes are protected.

Employees do not have to file an EEOC charge to be protected. When Ms. Ervin spoke up about discriminatory treatment and

raised concerns about misconduct, Shoe Station was on notice. Retaliation after that point violates federal law.

Discrimination and pretext. Under the McDonnell Douglas burden-shifting framework, Ms. Ervin can establish a prima facie

case by showing she is in a protected class, performed her job, suffered materially adverse actions, and was treated worse than

similarly situated non-Black employees. McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973). Shoe Station may attempt

to point to "performance" reasons, but the evidence of targeted workload manipulation, inconsistent

enforcement, lack of fair consideration of Ms. Ervin's explanation, and comparator disparities demonstrates pretext. The text-message mocking of race complaints is direct evidence of discriminatory animus and retaliatory motive.

Trial value and jury risk. Shoe Station should evaluate this case as a high-exposure federal matter. Recent federal juries have returned striking awards in race and retaliation cases. In Holmes v. American HomePatient, Inc., No. 4:21-CV-01683 (M.D. Pa. Apr. 10, 2024), a jury awarded $20.5 million in a Title VII race harassment and retaliation case involving a hostile environment that persisted after internal complaints and culminated in resignation. In Harris v. FedEx Corporate Servs., Inc., No. 23-20035 (5th Cir. Feb. 1, 2024), the jury returned a massive verdict in a race retaliation case, reflecting how seriously juries treat retaliation against Black employees who complain. While Title VII damages are subject to statutory caps that vary based on employer size, § 1981 damages are not capped. That combination makes early resolution a rational business decision.

DAMAGES OVERVIEW

{{text|1||Damages Snapshot Line Items (Bulleted list of each non-zero category with dollar value and brief basis)|
damages_snapshot_items}}

These categories support a minimum federal trial value of $416,480.

DEMAND & DEADLINE

Shoe Station can avoid the cost, disruption, and reputational damage of federal litigation by resolving this matter now. Ms. Ervin demands $166,592 as a prompt monetary settlement in exchange for a full release limited to federal and related employment claims, standard confidentiality and non-disparagement provisions, and a neutral reference. In addition, Shoe Station must do two things immediately:

1) Produce the limited, non-privileged items identified above within 10 business days. These items are narrowly tailored and should be readily available.

2) Confirm in writing, within 14 days of receipt of this letter, that Shoe Station will either (a) settle on the terms above, or (b) participate in EEOC mediation promptly and in good faith.

If Shoe Station contends it had a legitimate reason for any discipline, then Shoe Station should welcome a fast exchange of the limited materials. Those records will either confirm Shoe Station's position or confirm Ms. Ervin's claims of disparate treatment and retaliation. Either way, delaying production only increases exposure.

CONSEQUENCES

If Shoe Station declines to resolve this matter promptly, we are prepared to proceed with an EEOC charge and then file suit in federal court. We will seek all available remedies, including back pay, front pay, compensatory damages, punitive damages where available, attorneys' fees, and injunctive relief. We will also pursue additional state claims and appropriate damages and remedies if we proceed to filing.

Litigation will include subpoenas and discovery for text messages, group chats, scheduling and task-assignment records, comparator discipline, and the full complaint and investigation history. We will also take sworn testimony from managers and witnesses. Shoe Station should assume that spoliation issues will be raised if any relevant ESI is deleted or "lost" after receipt of this letter.

CONTACT

To discuss resolution, please contact me directly at +12024105499 or timia@capitalrightslaw.com.

DOCUMENT 1

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Birmingham District Office
1130 22nd Street South, Suite 2000
(205) 651-7020
Website: www.eeoc.gov

## AGREEMENT TO MEDIATE

CHARGE NUMBER: 420-2026-01442
FEPA NUMBER:

Charging Party: Christina Ervin
Respondent: Shoe Station

This is an agreement by the above parties to participate in mediation in the above referenced charge. The parties understand that mediation is a voluntary process, which may be terminated at any time. The parties and, if they desire, their representatives and/or attorneys, are invited to attend a mediation session. No one else may attend without the permission of the parties and the consent of the mediator(s).

The mediator(s) will not function as the representative of either party. However, the mediator(s) may assist the parties in crafting a settlement agreement. Each party acknowledges being advised to seek independent legal review prior to signing any settlement agreement. The parties acknowledge that they have received a copy of the Mediation Fact Sheet. The parties acknowledge that the mediator(s) possesses the discretion to terminate the mediation at any time if an impasse occurs or either party or the mediator deems the case inappropriate for mediation.

The parties acknowledge that participation in the scheduled mediation does not constitute an admission by either party of any wrongdoing or of a violation of the laws enforced by EEOC. Furthermore, the Charging Party acknowledges that participation in the scheduled mediation by the Respondent does not commit the Respondent to providing a monetary resolution of the matter.

The parties recognize that mediation is a confidential process and agree to abide by the terms of the attached Confidentiality Agreement. The parties acknowledge that if a settlement is reached as a result of the mediation, the assigned mediator(s) is required to report to EEOC any benefits received. This information is reported only for purposes of providing aggregate data to the EEOC for mediation program evaluation purposes, and the individual terms of the agreement will not be disclosed to the public.

**Digitally Signed By:  Christina Ervin**

**01/27/2026**

_____
Charging Party

**Christina Ervin**
Charging Party Printed Name

_____
Charging Party Phone

DOCUMENT 1

# SHOE CARNIVAL, INC.

7500 EAST COLUMBIA STREET  •  EVANSVILLE, INDIANA 47715  •  (812) 867-6471  •  FAX (812) 471-9849

**ELINE VAN DEN BOSSCHE**

In-House Counsel

Direct Tel: (812) 867-4814
E-Mail: evandenbossche@scvl.com

February 27, 2026

U.S. Equal Employment Opportunity Commission (the "Commission")

VIA EEOC RESPONDENT PORTAL & EMAIL

RE:    EEOC Charge No. 420-2026-01442
       CHRISTINA ERVIN (the "Complainant") v.
       SHOE CARNIVAL, INC. (the "Respondent")
       Respondent/Employer Position Statement

Dear Commission:

As your file should reflect, I am Respondent's In-House Counsel. Respondent is a publicly traded national footwear retailer operating across the United States, as well as Puerto Rico, and online.

This position statement serves as Respondent's formal response to Complainant's claims raised in her charge of discrimination in this matter.[1] A detailed discussion of the relevant facts and analysis of Complainant's claims are outlined herein.

## I.    Factual Background
### A. Complainant's Employment and Position

Complainant was hired by Respondent as an Assistant Store Manager ("ASM") at its Oxford, Alabama store location on July 3, 2025. Respondent's retail locations are divided into regions, which are comprised of districts. ASMs report to General Managers, who report to District Managers, who then report to Regional Directors/Vice Presidents. Complainant's General Manager is Shonda Stebbins ("Stebbins").

### B. December 22, 2025, Complaint Received by Respondent & Subsequent Investigation

---

[1] This Position Statement is based on the undersigned's investigation and understanding of the facts at the time of this letter. The Position Statement and enclosures are provided for the limited purposes of responding to the allegations set forth by Complainant before the U.S. Equal Employment Opportunity Commission. By submitting this Position Statement, Respondent does not waive its right to present new or additional evidence for substance or clarification. Copies of the Position Statement and all related appendices, documents, and supporting data must be kept strictly confidential and are not to be released to Complainant or any other person without the prior written permission of the undersigned. Respondent does not consent, and reserves the right to object, to the introduction of this Statement in any administrative, judicial, or other proceeding.

## SHOE CARNIVAL

DOCUMENT 1

# SHOE CARNIVAL, INC.

7500 EAST COLUMBIA STREET  •  EVANSVILLE, INDIANA 47715  •  (812) 867-6471  •  FAX (812) 471-9849

Complainant first reached out to Respondent through an email addressed to Respondent's Human Resources Department on December 22, 2025, contemporaneously to the Charge of Discrimination filed with the EEOC. Complainant alleged discrimination and retaliation, which immediately prompted an investigation by Jason Slay, the respective District Manager ("Slay"). Prior to this complaint December 22, 2025, Respondent's record is void of any complaints made by the Complainant. Each of Complainant's alleged events of discrimination/retaliation is addressed below.

## C. Alleged Excessive Workload/Extra Tasks Assigned to Complainant

Complainant claims to be assigned more tasks than the other managers. During his investigation, Slay inquired about unfair treatment by Stebbins. The general consensus across all employees was that employees were treated equally by Stebbins.

When asked specifically about complaints of additional tasks being assigned, multiple employees, including other managers, complained about having to perform additional tasks to cover for Complainant. These complaints were corroborated by Stebbins, who stated that Complainant occasionally claims not to know how to perform certain tasks, which then fall upon the other managers to complete. Additionally, multiple employees pointed out that Complainant received back-to-back weekends off against usual practice to the detriment of other managers, who then had to cover for Complainant.

Overall, nothing in Slay's investigation supported Complainant's claim that she was assigned an excessive workload in comparison to other managers.

## D. Alleged Discriminatory/Retaliatory Verbal Coachings and Write-Ups

Complainant also alleges she is subjected to heightened "performance scrutiny," and issued more verbal coachings than other employees.

For the purpose of clarification, verbal coachings serve as informal constructive feedback on an employee's performance. They are documented but bear no consequences beyond the coaching conversation for the employee. Such conversations are always held in private between the employee and the general manager, and do not involve other employees.

Respondent had records concerning two verbal coachings. The first concerns the proper procedure for displaying store signage. The very same verbal coaching was given to another ASM on the same day. The second verbal coaching addresses manager duties not having been completed. The same verbal coaching was given to another ASM a few months later. As such, neither coaching is out of the ordinary for ASMs, nor was the Complainant singled out by Stebbins. When asked by Slay, the other ASMs admit to having been coached on multiple occasions. The number of verbal coachings given to the ASMs in this store range from two to eight. Complainant is on the lower side of that range.

# SHOE CARNIVAL

## SHOE CARNIVAL, INC.

7500 EAST COLUMBIA STREET  •  EVANSVILLE, INDIANA 47715  •  (812) 867-6471  •  FAX (812) 471-9849

In addition to the aforementioned coachings, Complainant has received two written warnings during her tenure with Respondent. The first for using her phone for non-work-related purposes on the sales floor against company policy. The second warning is mentioned in Complainant's charges and related to unprofessional conduct when on the phone with the general manager from another store. This version of events was corroborated by Stebbins, Slay, and the general manager involved in this incident. Other ASMs at this location have a similar number of warnings for different offenses.

Complainant claims not to have been given the opportunity to present her side of the story. However, each time a written warning is issued, the employee is given a copy of the warning to sign. Employees can refuse to sign. Above the signature line is the following statement: *My signature acknowledges that I have read and understand this counseling and have been given the opportunity to respond. It is not an admission of guilt.* Additionally, there is a box for the employee to check if they wish to speak to a higher level of management in situations where the employee feels they are not being treated fairly. Both of Complainant's warnings were signed by Complainant without checking the box.

A copy of Complainant's verbal coachings and warnings is enclosed, along with any supporting documentation. Also enclosed are copies of Respondent's policy 14-24, Company Rules and Regulations, as well as Respondent's policy 14-9, Progressive Discipline.

### E. Alleged "Singling out"

Finally, in her complaint to Respondent's HR department, Complainant alleges she is being "singled out" by Stebbins and other employees in the store. In doing so, she describes one incident in particular. The facts as Respondent understands them are as follows.

When general managers meet with their district managers, it is customary for the general manager to then share the meeting notes with the other managers in the store. One such morning, Stebbins met with Slay and was planning to go over the meeting notes with each manager individually. She first approached Complainant as she was working in the front of the store and went over the meeting notes with her. Stebbins then approached the other ASM on duty, Gabbie Rich, and walked back to her office with her to go over the meeting notes. As they were chatting in the office, one of the store leads, Jackson Jones, came in and started listening in. Stebbins states that as he would have to hear the meeting notes as well, she did not ask him to leave. Complainant interpreted this as her intentionally being singled out to be given the meeting notes alone, while other employees were in a meeting together. Stebbins denies that Complainant was intentionally left out. She did start going over the meeting with each manager individually. When another joined the conversation, she merely did not ask him to leave. When asked about this incident during Slay's investigation, Stebbins and Rich both confirmed this version of events.

Additionally, each employee was asked about Complainant being singled out. Nothing in Slay's investigation supported this claim.

### II.    Argument

## SHOE CARNIVAL

DOCUMENT 1

# SHOE CARNIVAL, INC.

7500 EAST COLUMBIA STREET • EVANSVILLE, INDIANA 47715 • (812) 867-6471 • FAX (812) 471-9849

Complainant alleges discrimination on the basis of race and retaliation; however, she offers no direct evidence to substantiate her claim. When Respondent investigated her allegations, Respondent found no evidence supporting her claims, and other employees failed to corroborate her version of events.

Federal and Alabama law prohibits discrimination; requires employers to prohibit discrimination in the workplace; and to take affirmative steps to investigate and address any allegations. Georgia law also prohibits employers from retaliating against any employee who reports discriminatory behavior or otherwise engages in protected activities.

Respondent takes its responsibility as an Equal Opportunity Employer very seriously. Respondent possesses established policies, procedures, and best practices against unlawful discrimination. Respondent has enclosed copies of its Equal Employment Opportunity and Diversity Policy, 14-1. Respondent's policies are constantly reinforced every year as part of annual training for every one of Respondent's employees.

## III.    Conclusion

In conclusion, Respondent's investigation into Complainant's allegations and the lack of evidence corroborating such allegations was credibly documented. Respondent respectfully requests the Commission find no probable cause as it relates to the pending charge of discrimination and retaliation.

To provide the Commission with further information regarding this matter, I am providing you with the following documents:

- Coachings – Counselings – Christina Ervin ASM
- 14-1 – Equal Employment Opportunity and Diversity Policy
- 14-9 - Progressive Discipline with Attendance
- 14-24 - Company Rules and Regulations

Should the Commission wish to discuss this matter further, or require additional information, please do not hesitate to contact me.

Respectfully,
SHOE CARNIVAL, INC.

*Eline van den Bossche*

Eline van den Bossche, J.D.

Enclosures

# SHOE CARNIVAL

at SHOE STATION, the day i came in after christina quit destiny made the remark to me "she tried to do what Alyssa did" and i didn't know what she was talking about so i said "what" and she said "christina tried to do what Alyssa did,she quit while i was on my break just like Alyssa did to her".no one was talking about Alyssa or christina so there was no need for that, and she doesn't even work here anymore so why continue to speak about her.A different night right before closing shonda locked the door 3 minuets before we were supposed to close and destiny made the comment "didn't you write up christina up for that" and shonda said "sure did" and destiny laughed, then shonda said "she cant do it but i can do it".when Jason (our big manager) comes in everyone in SHOE STATION is a whole different person and everyone is respectful to one another and Make it out that SHOE STATION is an amazing atmosphere, but when he's gone everything is the complete opposite. I was pulled into the office after christina quit to Jason on the phone and he was questioning me about christina and asking if anyone had made any remarks to me about trying to get her fired,i stated no but that it was pretty obvious what was being done.shoe station is a very mentally draining job, not because of the job but because of the people and the constant competition or drama.i was never apart of the drama or competition but being an outsider hearing stuff constantly during your shifts is just as tiring as being in the drama.*I WANT TO STATE BEFORE THIS WRITTEN STATEMENT FOR CHRISTINA ERVIN I HAVE NEVER WRITTEN ONE IN THE PAST FOR ANYONE OR ANY COMPANY*

GRACIE LYNN ENDFINGER



Sent from my iPhone

My name is Toni Reynolds, and I was a part-time associate at Shoe Station from August 2025 to January 2026. While I was there, I had the pleasure of working with Christina as one of my managers. Most of the time, when my colleague and I worked together, the other managers would put more work on her, like scanning most of the store so we could change the sale signs. And then would have to stay overtime to put the sale signs out for each shoe. Note that she would scan over 200 shoes, and then we would have to put out signs that needed to be changed. And when we couldn't finish all the signs, the other managers would get upset. And say certain comments like" Christina can't do her job right". Everyone makes mistakes and has to ask questions, but when it comes to her, Shonda and other managers would get upset. When Christina would ask questions, they made it seem like she was doing it to act like she didnt wanna do her job. Which was also extremely unfair. I feel as though they just didn't like her and wanted to get her fired, or just wanted her to quit.

I would also like to note that I have never met or talked to Jason(Department Manager). I have never been questioned by him or have written statements that have been asked by him. When Jason came to Shoe Station to do his investigation, for that day I was off, or he had already left when I came in. So I never got the chance to see him or ever talk to him.

When it comes to the situation about Maggie, I have never heard anything bad or weird she has said about Christina until after Christina had said Maggie had a crush on her. After that was said and repeated around the store, that's when other associates were acting weird and distant towards Christina.

When Christina commented on them going to movies together. Maggie had said she was sorry and that she had to stay home with her mom because she was sick. Christina then made the joke about the next time she was just gonna see if she was home, since she knows where Maggie lives. Mind you, everyone knows where she lives because another associate had commented weeks beforehand that they live in the same apartment complex. So the other associate also knows when Maggie will be home. I was standing right there when all of this was said, and we were joking and laughing about it. I thought it wasn't weird in any way about Christina asking Maggie to go to the movies as friends, because she also asked me, but I already had plans.

Toni Reynolds statement on Christina Enins behave.

# M Gmail

**Fwd:**
1 message

**Christina Ervin** <chervin2018@icloud.com>
To: ervinchristina77@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Christina Ervin <chervin2018@icloud.com>
> **Date:** March 2, 2026 at 6:09:28 PM CST
> **To:** paralegals@capitalrightslaw.com
>
>
> I will like to also add that they stated they had to do my job but I don't know how when I was the only manager opening and closing have of the time. I would also like to add they lied at multiple weekends off because I usually work every Friday -Sunday .... These are all the Fridays and saturdays and Sundays I've worked from July 2025-February 2026 and clearly sh× multiple weekends off back to back

DOCUMENT 1

image1.png



- Texts between Jason (Big Boss) & Christine Ervin

5/1/26, 11:50 AM          AGAZnRrzbAedX3qktTy8S7ZTENdrq2Fm8dRCtdT9vxglgPgi2PwqJIW9wQQKSse1AksepCACcGjxjVpxirAQqx34PHE_Z8okl1tl8sa...





barely work with either of them especially destiny or the fact that Maggie is purposely trying to [illegible] up by tagging my shot incorrectly. It was also brought to my attention that Shonda and destiny is making people uncomfortable at work because of this drama or the fact that they repeat everything that is said , or the fact that Shonda told destiny that someone was getting fired and destiny told that person before she was even notified that she was getting fired and made that person uncomfortable because it was told to her don't say nothing because Shonda wasn't supposed to tell me and she can get in trouble . I don't find the things being said or done to me or others appropriate or adult like. So I'm at the point of where I would like to sit down and have a face to face conversation with whomever and with destiny an Shonda there so that something can happen or that things can come to an end. At this point this is harassment.

New Message

Case 1:26-cv-01084-CLM    DOCUMENT 1    Filed 06/24/26    Page 26 of 114

5/1/26, 11:52 AM    AGAZnRry9idCPzQHle1JOS8xmu_FaAbtU-alv-r18q_J7Pldk_N_qeQvorNNPzXMprbOEHA4XNYAohP_FVhSvcCiff4rh1lvcu6YlytU3…



DOCUMENT 1

There hasn't been any back to back Saturdays off except for me back in October. We've all canceled things and gave up plans to work on a Saturday. Idec if it's a small shift I'm just saying you can't be out and if you call out it's a write up and possible suspension. Your choice I guess.

I'm not cancelling my sisters baby shower when I'm the one throwing it

Messages from Shonda saying "No Back to Back weekends have happened!!" but was said Christina had back to back weekends off ....

# M Gmail

Christina Ervin <ervinchristina77@gmail.com>

## Fwd:

1 message

**Christina Ervin** <chervin2018@icloud.com>                                        Fri, May 1, 2026 at 11:44 AM
To: ervinchristina77@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Christina Ervin <chervin2018@icloud.com>
> **Date:** March 2, 2026 at 3:21:45 PM CST
> **To:** paralegals@capitalrightslaw.com

I no longer work at shoe station as of today , I also don't have money for a lawyer to go to federal court so I guess that's not necessary. Also i recognized that all employees were made to lie for Shonda before that statement was sent over to yall including Jason! Jason never spoke to me about the issues I was having at the store before the lawsuit came about ,after he said he was going to reach out to me. He proceeded to have conversations with Shonda and destiny about me and making fun of me. It was also brought to my attention that destiny told Shonda that their stories needed to match before sending to Jason. I will send over the last messages I got from Jason an hr before they sent you a response letter.



DOCUMENT 2

ELECTRONICALLY FILED
5/7/2026 11:21 AM
11-CV-2026-900296.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM McCARSON, CLERK

| State of Alabama Unified Judicial System | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | |
|---|---|---|
| Form C-10-CIVIL Page 1 of 3   Rev. 9/2019 | (Request to Waive Filing Fees) | |

IN THE _____ COURT OF Calhoun _____ COUNTY, ALABAMA
      (Circuit or District)                                    (Name of County)

STYLE OF CASE: Christina Ervin ___ v. Shoe Station ___
                    (Plaintiff(s))                      (Defendant(s))

☑ I, because of financial hardship, am unable to pay the fees and costs in this case. I request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case.

**FILED**

MAY 07 2026

KIM McCARSON, CLERK

**AFFIDAVIT**

**1. IDENTIFICATION**

Full Name Christina Lashae Ervin ___ Date of Birth ____-99

Spouse's Full Name (if married) _____

Complete Home Address 1600 warrior rd. Apt #4 anniston AL 36207

Total Number of People I am Supporting Financially in Household Including Myself ___ Ø

Telephone Number (Cell) _____ (Home) _____ (Other) _____

State & Last 4 Digits of Driver License's Number _____ Last 4 Digits of Social Security Number _____

Employer's Name & Address Dunk'n Donuts ___ Employer's Telephone Number _____
10 oxford exchange Blvd oxford AL, 36203    (1) _____

**2. ASSISTANCE BENEFITS**

Some of the residents in my household or I receive benefits from any of the following sources (check those which apply)

☐ Temporary Assistance for Needy Families (TANF)   ☐ Food Stamps   ☐ Medicaid
☐ Social Security Income (SSI)   ☐ Disability   ☐ Other: _____
The monthly value of these benefits combined is $_____.

**3. INCOME/EXPENSE STATEMENT**

Monthly Gross Income:

| | |
|---|---|
| My monthly gross income is | $ 1907 |
| My spouse's monthly gross income (unless a marital offense) is | $ 0 |
| My other monthly earnings (commissions, bonuses, interest income, etc.) are | $ 150 |
| The combined monthly income received by other members of my household is | $ 0 |
| Monthly Unemployment / Worker's Compensation, Social Security, Retirements, etc. | $ 0 |
| Child Support Payment(s)/Alimony Received | $ 0 |
| Other Monthly Income (be specific): _____ | $ 0 |
| **3a. TOTAL MONTHLY GROSS INCOME** | **$ 2,057** |

The Monthly Expenses I pay are:

| | |
|---|---|
| Rent/Mortgage | $ 675 |
| Total Utilities: Gas, Electricity, Water, etc. | $ 80 |
| Food | $ 250 |
| Clothing | $ 0 |
| Health Care/Medical Insurance | $ 0 |
| Car Payment(s)/Transportation Expenses | $ 190    —every 2 weeks |
| Loan Payment(s) | $ 0 |
| Credit Card Payment(s) | $ 0 |
| Educational/Employment Expenses | $ 0 |
| Cell Phone Expenses | $ 110.95 |
| Other Expenses (be specific): gas for car | $ 85 |

| | |
|---|---|
| **3b. Subtotal** | **$ 1,340.95** |
| **3c. Child Support Payment(s)/Alimony (Subtotal)** | $ Ø |
| **3d. Exceptional Expenses (Subtotal)** | $ Ø |
| **3e. TOTAL MONTHLY EXPENSES (Add totals from 3b., 3c., & 3d. monthly only)** | $ 1,340.95 |
| **Total Monthly Gross Income (3a.) Minus Total Monthly Expenses (3e.)** | $ 716.05 |

DOCUMENT 2

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 2 of 3  Rev. 9/2019 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER<br>(Request to Waive Filing Fees) | Court Case Number |
|---|---|---|

4.  Assets
    My assets are as follows:
    Cash on Hand/Bank (or otherwise available such as stocks,
    bonds, certificates of deposit)                                      $  Ø

    Equity in Real Estate (value of property less what you owe)          $  Ø
    Equity in Personal Property, etc. (such as the value of motor
    vehicles, stereo, TV, electronics, furnishing, jewelry, tools, guns, less  $  Ø
    what you owe)
    Other (be specific): _____                    $  Ø
    Do you own anything else of value? ☐ Yes ☑ No
    (land, house, boat, TV, stereo, jewelry)
    If so, describe: _____                          $  Ø

    Total Assets                                                        $  Ø

5.  Affidavit/Request

    I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel, in addition to all or part of the costs associated with this case.

    Sworn to and subscribed before me this

    ____ day of  May , 2026

    _____
    (Judge/Clerk/Notary)

    My Commission Expires
    November 30, 2027

    _Christine Leshae Er_
    (Affiant's Signature)

    _Christina Leshae Ervin_
    (Print or Type Name)

 **Gmail**                                              Christina Ervin <ervinchristina77@gmail.com>

## Fwd: WRITTEN STATEMENT
1 message

Christina Ervin <chervin2018@icloud.com>                           Fri, May 1, 2026 at 11:32 AM
To: ervinchristina77@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Christina Ervin <chervin2018@icloud.com>
> **Date:** March 28, 2026 at 12:13:04 PM CDT
> **To:** paralegals@capitalrightslaw.com
> **Subject: Fwd: WRITTEN STATEMENT**

> Sent from my iPhone

> Begin forwarded message:

>> **From:** Gracie Lynn
>> **Date:** March 28, 2026 at 10:42:49 AM CDT
>> **To:** chervin2018@icloud.com
>> **Subject: WRITTEN STATEMENT**

**This is a Written statement from Gracie Endfinger. I have been an employee for SHOE STATION since July of 2025 when i got hired i started a little before Christina Ervin started, since i started there it has been constant favoritism between certain people.Destiny Roberts and Shonda Stebbins has dated and Shonda doesn't give Destiny the same treatment as other managers like Christina or Alyssa.Alyssa quit because of the problems including Destiny, Shonda, and Gabbie Rich. Destiny, shonda, Gabbie, Mary Westmoreland (maggie), and bella Wiggins are all friends inside and outside of work and get different treatment than others.Josh started working at SHOE STATION roughly 2-3 months ago and since he has started he had made numerous dirty remarks.including when destiny told him he will get a write up for not listening because he was flirting over the**

headset to her, his response being "ill take that whooping/beating/slapping" which was clearly a sexual joke. he has gained a flirty ego around destiny and for others it is uncomfortable to be around.when Christina first started they were nice to her and treated her correctly in a store setting but the months leading up to her quitting it became obvious there was tension and problems between christina and the others. Multiple times shonda has told me that i need to go behind christina and double check her work but not any of the other managers, i'm also a part time cashier, I shouldn't have to do this to a manager, especially one who isn't doing anything wrong.one night my task was to redo my the kids best of the rest and make it look correct, christina told me what to do after they left and i did it, when i came in the next day i asked destiny if it looked good and she said "no because shoes shouldn't be stacked",and i said "well christina said it looked good, and i think i did pretty well on it" and she rolled her eyes and said "well shes wrong",that was my first encounter of them making it clear there was a problem with her.when i first started shonda gave me the same task for the best of the rest and i stacked shoes and she told me it looked amazing so it was just the fact i brought up christina helping me,it was incorrect.one day when me, Shonda, Anna Racca, and destiny was working. there wasn't much to do in the store so we were sitting in the office most of the time, i came into the office because i realized no one was on the floor with me so i was seeing what was going on and when i walked in and sat down destiny and shonda was on the computer typing something. they were talking about,write ups, sexual harassment, and not doing the job correctly. destiny made the remark "you need to write more because my statement cant be longer than yours".they wouldn't say a name but they said "she/her" so it was pretty obvious who it was about.After christina quit i continued to work

SAT
# 2

SUN                                            **8.75 HRS**
# 3

Time Pair Entry

## 09:51 AM - 01:59 PM



Time Pair Entry

## 02:59 PM - 07:32 PM



5/1/26, 11:55 AM

Gmail - Fwd:

**6:00**

 ← **Timecard**

 Snow schedule

# 08/01/2025 - 08/31/2025

## FRI
# 1

**7.25 HRS**

Time Pair Entry

## 08:51 AM - 12:59 PM



Time Pair Entry

## 01:59 PM - 05:02 PM



SAT

5/1/26, 11:55 AM                                                            Gmail - Fwd:

## SUN
# 27

## MON
# 28                                                                     6.75 HRS

Time Pair Entry

## 12:52 PM - 05:09 PM



Time Pair Entry

## 06:09 PM - 08:25 PM



## 6:00

# ← Timecard

### FRI
# 25

## 6.75 HRS

Time Pair Entry

## 01:45 PM - 05:37 PM


Time Pair Entry

## 06:38 PM - 09:23 PM


### SAT
# 26

DOCUMENT 1

# 08:58 AM - 01:15 PM



## Time Pair Entry

# 02:14 PM - 05:06 PM



## SUN
# 20

## MON
# 21

# 8.25 HRS

## Time Pair Entry

**6:00**

## ← **Timecard**

**FRI**
**18**

**6.00 HRS**

Time Pair Entry

## 09:00 AM - 01:21 PM



Time Pair Entry

## 02:23 PM - 04:00 PM



**SAT**
**19**

**7.00 HRS**

Time Pair Entry

DOCUMENT 1

5/1/26, 11:55 AM

Gmail - Fwd:

**6:01**



← **Timecard**

**FRI**
**8**

Time Pair Entry

**08:58 AM - 12:03 PM**



Time Pair Entry

**01:04 PM - 05:20 PM**



**SAT**
**9**

Time Pair Entry

**02:00 PM — 04:37 PM**

**7.25 HRS**

**6.25 HRS**

5/1/26, 11:55 AM

Gmail - Fwd:

02:00 PM - 04:37 PM



Time Pair Entry

## 05:37 PM - 09:20 PM



SUN

# 10

MON

# 11

# 7.50 HRS

Time Pair Entry

DOCUMENT 1

5/1/26, 11:55 AM

Gmail - Fwd:

**6:01**

←  **Timecard**

FRI
**15**

SAT                                                      **6.25 HRS**
**16**

Time Pair Entry

**08:51 AM - 02:04 PM**



Time Pair Entry

**03:04 PM - 04:01 PM**



## SUN
# 17

8.25 HRS

### Time Pair Entry

## 10:04 AM - 03:24 PM



### Time Pair Entry

## 04:24 PM - 07:17 PM



## MON
# 18

6.25 HRS

5/1/26, 11:55 AM

DOCUMENT 1

Gmail - Fwd:

**6:01**



# Timecard

**FRI**
# 22

**6.50 HRS**

Time Pair Entry

## 01:54 PM - 05:00 PM



Time Pair Entry

## 06:01 PM - 09:32 PM



**SAT**
# 23

**2.75 HRS**

## Time Pair Entry

# 06:54 AM - 09:41 AM



## SUN
# 24

## MON
# 25

# 6.75 HRS

## Time Pair Entry

# 01:35 PM - 04:29 PM



5/1/26, 11:55 AM

Gmail - Fwd:

## 6:01



  # Timecard

**FRI**
# 29

**6.25 HRS**

Time Pair Entry

## 11:49 AM - 03:03 PM



Time Pair Entry

## 04:00 PM - 07:00 PM



**SAT**
# 30

**5.00 HRS**

Time Pair Entry

## 08:53 AM - 12:06 PM



Time Pair Entry

## 01:06 PM - 03:00 PM



# SUN
# 31

# 8.50 HRS

Time Pair Entry

## 09:54 AM - 04:00 PM



Time Pair Entry

## 05:02 PM - 07:33 PM



# 6:01



## ← Timecard

FRI
**5**                          **5.25 HRS**

Time Pair Entry

## 12:18 PM - 05:23 PM



SAT
**6**                          **6.25 HRS**

Time Pair Entry

## 02:56 PM - 05:41 PM



I ime Pair Entry

## - 09:17 PM



SUN

# 7

MON

# 8

# 6.25 HRS

## Time Pair Entry

## 08:50 AM - 01:55 PM



**6:02**



← **Timecard**

**FRI**
**12**                                                    **6.75 HRS**

Time Pair Entry

## 01:54 PM - 04:08 PM



Time Pair Entry

## 04:38 PM - 09:09 PM



**SAT**
**13**                                                    **6.50 HRS**

Time Pair Entry

## 02:00 PM - 05:00 PM

Time Pair Entry

Time Pair Entry

## 05:45 PM - 09:11 PM

# SUN
# 14

# 6.00 HRS

Time Pair Entry

## 09:55 AM - 02:12 PM



Time Pair Entry

## 03:12 PM - 05:00 PM

5/1/26, 11:55 AM

Gmail - Fwd:

**6:02**



← # **Timecard**

FRI
## 26

**7.75 HRS**

Time Pair Entry

## 12:39 PM - 05:01 PM



Time Pair Entry

## 05:50 PM - 09:11 PM



SAT
## 27

**7.00 HRS**

Time Pair Entry

## 11:36 AM - 03:26 PM



## Time Pair Entry

## 04:13 PM - 07:12 PM



## SUN
## 28

**6.00 HRS**

## Time Pair Entry

## 01:09 PM - 07:21 PM



DOCUMENT 1

5/1/26, 11:55 AM                                           Gmail - Fwd:

# 6:02

.ıl 🛜



# Timecard

## 07:58 AM - 03:29 PM



## FRI
## 3

Time Pair Entry

### 01:43 PM - 03:34 PM



Time Pair Entry

### 04:34 PM - 09:10 PM



## 6.50 HRS

SAT

DOCUMENT 1

SAT

**6.50 HRS**

4

Time Pair Entry

**03:07 PM - 09:23 PM**



SUN

5

MON

6

5/1/26, 11:55 AM

DOCUMENT 1

Gmail - Fwd:

**6:02**



$\leftarrow$ **Timecard**

**FRI**

**10**

**6.00 HRS**

Time Pair Entry

**01:56 PM - 05:03 PM**



Time Pair Entry

**05:48 PM - 08:43 PM**



**SAT**

**11**

**7.75 HRS**

Time Pair Entry

**10:34 AM - 03:00 PM**



## Time Pair Entry

# 03:45 PM - 07:02 PM



## SUN
# 12

# 5.75 HRS

### Time Pair Entry

# 10:30 AM - 12:02 PM



### Time Pair Entry

# 12:48 PM - 05:01 PM



**6:02**

 # Timecard

**FRI**
**17**                                    **6.50 HRS**

Time Pair Entry

**08:55 AM - 01:18 PM**

Time Pair Entry

**02:04 PM - 04:12 PM**

**SAT**
**18**                                    **7.50 HRS**

Time Pair Entry

**12:54 PM - 04:03 PM**



Time Pair Entry

**05:03 PM - 09:34 PM**



## SUN
# 19

# 8.25 HRS

Time Pair Entry

# 10:01 AM - 02:00 PM



Time Pair Entry

# 03:00 PM - 07:13 PM



# THU
# 30

# 6.00 HRS

## Time Pair Entry

## 03:13 PM - 09:17 PM



# FRI
# 31

# 5.75 HRS

## Time Pair Entry

## 03:29 PM - 09:14 PM

5/1/26, 11:55 AM

Gmail - Fwd:

# 6:03



# Timecard

 Show schedule

## 11/01/2025 - 11/30/2025

**SAT**

**1**                                    **5.25 HRS**

Time Pair Entry

### 03:28 PM - 05:33 PM



Time Pair Entry

### 06:07 PM - 09:17 PM



https://mail.google.com/mail/u/0/?ik=74e25b3861&view=pt&search=all&permthid=thread-f:1864005768162606237&simpl=msg-f:186400576816260...    34/69

# SUN
# 2

## 6.25 HRS

Time Pair Entry

## 10:03 AM - 01:01 PM

Time Pair Entry

## 01:48 PM - 05:00 PM

# MON
# 3

## 6.50 HRS

Time Pair Entry

## 01:57 PM - 04:17 PM

Time Pair Entry

## ~~05:03 PM - 09:01 PM~~

DOCUMENT 1

**6:03**

 # Timecard

FRI
# 7

SAT
# 8

## 5.50 HRS

Time Pair Entry

## 12:57 PM - 06:30 PM

SUN
# 9

## MON
## 10

## 7.00 HRS

Time Pair Entry

## 08:55 AM - 01:39 PM



Time Pair Entry

## 02:39 PM - 05:00 PM



## TUE
## 11

## 5.50 HRS

5/1/26, 11:55 AM

DOCUMENT 1

Gmail - Fwd:

**6:03**

← **Timecard**

**FRI**
**14**
Time Pair Entry

**09:03 AM - 04:02 PM**

**7.00 HRS**



**SAT**
**15**
Time Pair Entry

**08:50 AM - 03:30 PM**

**6.75 HRS**



## SUN
# 16

### 6.25 HRS

Time Pair Entry

## 09:58 AM - 01:06 PM

Time Pair Entry

## 01:52 PM - 05:01 PM

## MON
# 17

### 5.75 HRS

Time Pair Entry

## 03:25 PM - 09:11 PM

DOCUMENT 1

5/1/26, 11:55 AM

Gmail - Fwd:

**6:03**



← # **Timecard**



Time Pair Entry

## 01:53 PM - 03:57 PM

Time Pair Entry

## 04:44 PM - 09:08 PM

**FRI**

# 21

**SAT**

# 22

## SUN
# 23

## 0.50 HRS

### Time Pair Entry

## 09:27 AM - 10:03 AM



## MON
# 24

## TUE
# 25

## 6.00 HRS

5/1/26, 11:55 AM
DOCUMENT 1
Gmail - Fwd:

**6:03**



← **Timecard**

**FRI
28**

8.25 HRS

Time Pair Entry

**06:41 AM - 01:00 PM**



Time Pair Entry

**02:34 PM - 04:30 PM**



**SAT
29**

5.50 HRS

Time Pair Entry

**09:00 AM - 12:39 PM**

~~09:00 AM - 12:00 PM~~



## Time Pair Entry

# 01:10 PM - 03:01 PM



## SUN
# 30

# 6.75 HRS

### Time Pair Entry

# 11:50 AM - 02:00 PM

### Time Pair Entry

# 02:45 PM - 07:22 PM

**6:04**

 # Timecard

## FRI
# 5
6.25 HRS

Time Pair Entry

## 08:57 AM - 01:00 PM

Time Pair Entry

## 01:45 PM - 04:00 PM

## SAT
# 6
5.50 HRS

Time Pair Entry

## 11:57 AM - 04:07 PM



Time Pair Entry

5/1/26, 11:55 AM

Gmail - Fwd:

## 04:37 PM - 06:00 PM



## SUN
## 7

## MON
## 8

## 6.50 HRS

Time Pair Entry

## 09:30 AM - 01:24 PM



Time Pair Entry

**6:04**

 # Timecard

## 02:59 PM - 09:33 PM



**FRI**
**12**

**6.75 HRS**

Time Pair Entry

### 08:34 AM - 01:01 PM



Time Pair Entry

### 02:01 PM - 04:09 PM



## SAT
## 13

### 6.50 HRS

Time Pair Entry

### 03:27 PM - 09:57 PM



## SUN
## 14

### 7.00 HRS

Time Pair Entry

### 12:27 PM - 07:29 PM



**6:04**

← **Timecard**

FRI
**19**    **6.00 HRS**

Time Pair Entry

**03:45 PM - 09:40 PM**



SAT
**20**

SUN

SON
# 21

# MON
## 22

# TUE
## 23

# 6.50 HRS

Time Pair Entry

## 07:57 AM - 12:01 PM



Time Pair Entry

5/1/26, 11:55 AM Gmail - Fwd:

**6:04**

← # Timecard

## FRI
# 26
### 5.75 HRS

Time Pair Entry

### 08:45 AM - 02:30 PM



## SAT
# 27
### 5.50 HRS

Time Pair Entry

### 03:43 PM - 09:15 PM



SUN

# 28

Birthday

## 8.00 HRS

**8.00 HRS**

MON

# 29

PTO

## 8.00 HRS

**8.00 HRS**

TUE

**8.00 HRS**

**6:05**



# ← Timecard

| | |
|---|---|
| **THU**<br>**1** | **16.00 HRS** |

PTO

## 8.00 HRS

New Year's Day

## 8.00 HRS

**FRI**
**2**

**SAT**
**3**

## SUN

# 4

# 6.25 HRS

Time Pair Entry

## 09:53 AM - 01:00 PM

Time Pair Entry

## 01:45 PM - 05:04 PM

## MON

# 5

5/1/20, 11:55 AM

DOCUMENT 1
Gmail - Fwd:

**6:05**



← **Timecard**



FRI                                   5.25 HRS

# 9

Time Pair Entry

## 08:52 AM - 02:00 PM



SAT

# 10

5/1/26, 11:55 AM

Gmail - Fwd:

# SUN
# 11

# MON
# 12

# 7.25 HRS

Time Pair Entry

## 09:00 AM - 03:01 PM



Time Pair Entry

## 04:01 PM - 05:16 PM



5/1/26, 11:55 AM

Gmail - Fwd:

**6:05**

 # Timecard

.

## FRI
## 16

### 5.50 HRS

Time Pair Entry

### 03:45 PM - 09:13 PM

## SAT
## 17

### 5.25 HRS

Time Pair Entry

### 09:44 AM - 03:07 PM



## SUN
# 18

**6.50 HRS**

Time Pair Entry

## 11:54 AM - 04:15 PM

Time Pair Entry

## 05:00 PM - 07:16 PM

## MON
# 19

**6.25 HRS**

Time Pair Entry

## 01:57 PM - 05:21 PM

Time Pair Entry

**6:05**

 # Timecard

THU
## 22

FRI
## 23                                    **6.25 HRS**

Time Pair Entry

## 02:58 PM - 09:10 PM



SAT
## 24                                    **5.50 HRS**

Time Pair Entry

## 03:42 PM - 09:13 PM

# SUN
# 25

# MON
# 26

# 5.25 HRS

## Time Pair Entry

## 03:44 PM - 09:04 PM

TUE

**6:05**

 # Timecard

## 09:43 AM - 03:07 PM



THU
# 29

6.50 HRS

Time Pair Entry

## 09:00 AM - 01:01 PM



Time Pair Entry

## 01:46 PM - 04:18 PM



5/1/26, 11:55 AM

# FRI
# 30

## 5.50 HRS

Time Pair Entry

## 03:38 PM - 09:13 PM

# SAT
# 31

## 7.00 HRS

Time Pair Entry

## 08:56 AM - 04:04 PM



5/1/26, 11:55 AM

Gmall - Fwd:

**6:05**

 # Timecard

5

## FRI
### 6
5.50 HRS

Time Pair Entry

### 03:40 PM - 09:10 PM

## SAT
### 7
7.00 HRS

Time Pair Entry

### 08:55 AM - 01:00 PM



Time Pair Entry

## 02:00 PM - 05:03 PM



**SUN**
**8**

**5.00 HRS**

Time Pair Entry

## 02:13 PM - 07:13 PM

**MON**
**9**

**5.50 HRS**

Time Pair Entry

**6:05**

← **Timecard**



FRI

**13**                                **8.00 HRS**

PTO

**8.00 HRS**

SAT

**14**

SUN

JUN

# 15

## MON
# 16

## TUE
# 17

5.50 HRS

Time Pair Entry

## 12:52 PM - 06:10 PM

**6:06**



## Timecard

← 

### FRI
# 20

### 7.00 HRS

Time Pair Entry

## 08:49 AM - 03:41 PM



### SAT
# 21

### 7.75 HRS

Time Pair Entry

## 08:19 AM - 03:54 PM



## SUN
# 22

## 7.50 HRS

### Time Pair Entry

# 11:53 AM - 02:01 PM



### Time Pair Entry

# 03:01 PM - 08:34 PM



## MON
# 23

## 6.75 HRS

### Time Pair Entry

# 01:52 PM - 05:05 PM

**6:06**



# Timecard

← 

TUE
**24**

WED
**25**                                          **5.75 HRS**

Time Pair Entry

## 03:45 PM - 09:27 PM

THU
**26**

# FRI
# 27

# 5.25 HRS

### Time Pair Entry

## 08:40 AM - 02:04 PM



# SAT
# 28

# 5.25 HRS

### Time Pair Entry

## 08:47 AM - 02:04 PM

## 12

### Time Pair Entry

## 09:56 AM - 03:00 PM

## SUN

## 13                                                **6.00 HRS**

### Time Pair Entry

## 10:00 AM - 03:13 PM



### Time Pair Entry

## 04:15 PM - 05:00 PM



**5:59**



# ← **Timecard**

FRI
**11**

**4.00 HRS**

Time Pair Entry

## 08:55 AM - 01:00 PM



Time Pair Entry

## 01:30 PM - 01:32 PM



Time Pair Entry

## 03:00 PM - 03:03 PM



SAT

**5.00 HRS**

5/1/26, 11:55 AM

Gmail - Fwd:

**6:03**



← **Timecard**

FRI

**24**

**5.50 HRS**

Time Pair Entry

**11:50 AM - 05:21 PM**



SAT

**25**

**6.00 HRS**

Time Pair Entry

**02:58 PM - 05:30 PM**



Time Pair Entry

**06:00 PM - 09:25 PM**

https://mail.google.com/mail/u/0/?ik=74e25b3861&view=pt&search=all&permthid=thread-f:1864005768162606237&simpl=msg-f:186400576816260...    30/69



## SUN
## 26

## MON
## 27

**5.25 HRS**

Time Pair Entry

## 08:52 AM - 02:02 PM

**6:03**

← **Timecard**



## TUE
## 28

## WED
## 29                                    **6.75 HRS**

Time Pair Entry

**08:57 AM - 03:45 PM**



ELECTRONICALLY FILED
5/7/2026 11:21 AM
11-CV-2026-900296.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM McCARSON, CLERK

State of Alabama
Unified Judicial System

Form C-10-CIVIL
Page 1 of 3   Rev. 9/2019

## AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER
### (Request to Waive Filing Fees)

IN THE _____ COURT OF Calhoun _____ COUNTY, ALABAMA
        *(Circuit or District)*                    *(Name of County)*

STYLE OF CASE: Christina Ervin _____ v. Shoe Station _____
                *(Plaintiff(s))*                        *(Defendant(s))*

☑ I, because of financial hardship, am unable to pay the fees and costs in this case. I request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case.

**FILED**

MAY 07 2026

KIM McCARSON, CLERK

### AFFIDAVIT

**1. IDENTIFICATION**

Full Name Christina Lashae Ervin _____ Date of Birth ____ 99
Spouse's Full Name (if married) _____
Complete Home Address 1600 warrior rd. Apt #4 anniston AL 36207

Total Number of People I am Supporting Financially in Household Including Myself __0__
Telephone Number (Cell) _____ (Home) _____ (Other) _____
State & Last 4 Digits of Driver License's Number _____ Last 4 Digits of Social Security Number _____
Employer's Name & Address Dunk'n Donuts _____ Employer's Telephone Number _____
10 oxford exchange Blvd Oxford AL, 36203  (1) _____

**2. ASSISTANCE BENEFITS**

Some of the residents in my household or I receive benefits from any of the following sources (*check those which apply*)
☐ Temporary Assistance for Needy Families (TANF)  ☐ Food Stamps  ☐ Medicaid
☐ Social Security Income (SSI)  ☐ Disability  ☐ Other: _____
The monthly value of these benefits combined is $_____.

**3. INCOME/EXPENSE STATEMENT**

Monthly Gross Income:

| | |
|---|---|
| My monthly gross income is | $1,907 |
| My spouse's monthly gross income (unless a marital offense) is | $0 |
| My other monthly earnings (commissions, bonuses, interest income, etc.) are | $150 |
| The combined monthly income received by other members of my household is | $0 |
| Monthly Unemployment / Worker's Compensation, Social Security, Retirements, etc. | $0 |
| Child Support Payment(s)/Alimony Received | $0 |
| Other Monthly Income (be specific): _____ | $0 |
| **3a. TOTAL MONTHLY GROSS INCOME** | **$2,057** |

The Monthly Expenses I pay are:

| | |
|---|---|
| Rent/Mortgage | $675 |
| Total Utilities: Gas, Electricity, Water, etc. | $80 |
| Food | $250 |
| Clothing | $0 |
| Health Care/Medical Insurance | $0 |
| Car Payment(s)/Transportation Expenses | $190  – every 2 weeks |
| Loan Payment(s) | $0 |
| Credit Card Payment(s) _____ | $0 |
| Educational/Employment Expenses | $0 |
| Cell Phone Expenses | $110.95 |
| Other Expenses (be specific): gas for car | $85 |

| | |
|---|---|
| **3b. Subtotal** | **$1,340.95** |
| 3c. Child Support Payment(s)/Alimony (Subtotal) | $0 |
| 3d. Exceptional Expenses (Subtotal) | $0 |
| **3e. TOTAL MONTHLY EXPENSES** (Add totals from 3b., 3c.,& 3d. monthly only) | **$1,340.95** |
| Total Monthly Gross Income (3a.) Minus Total Monthly Expenses (3e.) | $716.05 |

| State of Alabama Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 2 of 3  Rev. 9/2019 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**<br>(Request to Waive Filing Fees) | **Court Case Number** |
| --- | --- | --- |

**4. Assets**

My assets are as follows:

Cash on Hand/Bank *(or otherwise available such as stocks, bonds, certificates of deposit)*  $ Ø

Equity in Real Estate (value of property less what you owe)  $ Ø

Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, TV, electronics, furnishing, jewelry, tools, guns, less what you owe)  $ Ø

Other *(be specific)*: _____  $ Ø

Do you own anything else of value? ☐ Yes ☒ No
(land, house, boat, TV, stereo, jewelry)
If so, describe: _____  $ Ø

Total Assets  $ Ø

**5. Affidavit/Request**

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel, in addition to all or part of the costs associated with this case.

Sworn to and subscribed before me this

_____ day of May , 2026

_____
(Judge/Clerk/Notary)

My Commission Expires
November 30, 2027

_____
(Affiant's Signature)

Christina Lashae Ervin
(Print or Type Name)

AVS309                    ALABAMA JUDICIAL DATA CENTER
                         CALHOUN        COUNTY
                            TRANSMITTAL
                                                CV 2026 900296.00
                                             SHANNON C PAGE
```
-----------------------------------------------------------------------
|            IN THE CIRCUIT  COURT OF CALHOUN          COUNTY          |
|    CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL                      |
|                                                                     |
|                                                                     |
|                                                                     |
|  TO: ERVIN CHRISTINA  LASHAE         ATTY: *** PRO SE ***            |
|      1600 WARRIOR RD                                                 |
|      APT. 24                                                        |
|      ANNISTON        ,AL  36207-0000                                |
|                                                                     |
|                                                                     |
|                                                                     |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   |
|                                                                     |
|                                                                     |
|    THIS CASE HAS BEEN ASSIGNED TO JUDGE SHANNON PAGE AND THE CASE NUMBER
|    IS 11 CV 2026 900296. THANK YOU.                                 |
|                                                                     |
|                                                                     |
|                                                                     |
|                                                                     |
|                                                                     |
|         NOTICE DATE: 05/07/2026         CLERK:KIM MCCARSON           |
|                                               300 CALHOUN CO COURTHOUSE
|                                               ANNISTON   AL  36201   |
|                                               (256)231-1750          |
|                                                                     |
-----------------------------------------------------------------------
```
OPERATOR: VIS
PREPARED: 05/07/2026

AVS309                ALABAMA JUDICIAL DATA CENTER
                        CALHOUN        COUNTY
                          TRANSMITTAL
                                              CV 2026 900296.00
                                          SHANNON C PAGE
```
--------------------------------------------------------------------
|           IN THE CIRCUIT  COURT OF CALHOUN          COUNTY       |
|    CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL                  |
|                                                                  |
|                                                                  |
|   TO: SHOE STATION                    ATTY: *** PRO SE ***        |
|       110 OXFORD EXCHANGE BLVD                                   |
|       OXFORD          ,AL  36203-0000                            |
|                                                                  |
|                                                                  |
|                                                                  |
| -------------------------------------------------------------    |
|                                                                  |
|                                                                  |
|    THIS CASE HAS BEEN ASSIGNED TO JUDGE SHANNON PAGE AND THE CASE NUMBER |
|    IS 11 CV 2026 900296. THANK YOU.                              |
|                                                                  |
|                                                                  |
|                                                                  |
|                                                                  |
|                                                                  |
|        NOTICE DATE: 05/07/2026         CLERK:KIM MCCARSON        |
|                                             300 CALHOUN CO COURTHOUSE |
|                                             ANNISTON  AL  36201  |
|                                             (256)231-1750        |
|                                                                  |
| -------------------------------------------------------------    |
OPERATOR: VIS
PREPARED: 05/07/2026
```

AVS309

ALABAMA JUDICIAL DATA CENTER
CALHOUN            COUNTY

TRANSMITTAL

CV 2026 900296.00
SHANNON C PAGE

------------------------------------------------------------

IN THE CIRCUIT   COURT OF CALHOUN        COUNTY

CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL

TO: U.S. EQUAL EMPLOYMENT OPPORTUNITY ATTY: *** PRO SE ***
11130 22ND ST. SOUTH
STE 2000
BIRMINGHAM      ,AL  35205-0000

------------------------------------------------------------

THIS CASE HAS BEEN ASSIGNED TO JUDGE SHANNON PAGE AND THE CASE NUMBER
IS 11 CV 2026 900296. THANK YOU.

NOTICE DATE: 05/07/2026      CLERK:KIM MCCARSON
                                   300 CALHOUN CO COURTHOUSE
                                   ANNISTON  AL  36201
                                   (256)231-1750

------------------------------------------------------------

OPERATOR: VIS
PREPARED: 05/07/2026

ELECTRONICALLY FILED
5/7/2026 1:59 PM
11-CV-2026-900296.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

| | | |
|---|---|---|
| ERVIN CHRISTINA LASHAE | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:   CV-2026-900296.00 |
| | ) | |
| SHOE STATION | ) | |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| Defendants. | ) | |

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is not indigent and request is DENIED.

The Plaintiff is granted 14 days leave to pay court costs in order to avoid dismissal.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 7th day of May, 2026

/s/ SHANNON C PAGE
_____

CIRCUIT JUDGE



AlaFile E-Notice

11-CV-2026-900296.00

Judge: SHANNON C PAGE

To:  ERVIN CHRISTINA LASHAE (PRO SE)

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL
11-CV-2026-900296.00

The following matter was FILED on 5/7/2026 1:59:32 PM

Notice Date:    5/7/2026 1:59:32 PM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750



AlaFile E-Notice

11-CV-2026-900296.00

Judge: SHANNON C PAGE

To:   SHOE STATION (PRO SE)
110 OXFORD EXCHANGE BLVD
OXFORD, AL, 36203-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL
11-CV-2026-900296.00

The following matter was FILED on 5/7/2026 1:59:32 PM

Notice Date:      5/7/2026 1:59:32 PM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750



AlaFile E-Notice

11-CV-2026-900296.00

Judge: SHANNON C PAGE

To:  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (PRO ⦅
11130 22ND ST. SOUTH
STE 2000
BIRMINGHAM, AL, 35205-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL
11-CV-2026-900296.00

The following matter was FILED on 5/7/2026 1:59:32 PM

Notice Date:    5/7/2026 1:59:32 PM

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750

```
AVSO304                    ALABAMA JUDICIAL DATA CENTER
                              CALHOUN     COUNTY
                                COST BILL
                                                        CV 2026 900296.00
                                                       SHANNON C PAGE
----------------------------------------------------------------------------
              IN THE CIRCUIT  COURT OF  CALHOUN      COUNTY
CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL

   ERVIN CHRISTINA LASHAE              ATY: *** PRO SE ***          -
   1600 WARRIOR RD
   APT. 24
   ANNISTON      ,AL   36207-0000
NOTES:
       PLEASE SEE THE ATTACHED ORDER REGARDING THE COURT COSTS. THANK YOU.



           COST BILL  -  ABOUT (C001) ERVIN CHRISTINA LASHAE
----------------------------------------------------------------------------
```

| | ORDERED | PAID | BALANCE |
|---|---|---|---|
| 1. DOCKET  FEE | | | |
| SMALL CLAIMS | | | |
| DISTRICT | | | |
| CIRCUIT | 301.00 | .00 | 301.00 |
| CHILD SUPPORT/JU | | | |
| 2. JURY DEMAND | | | |
| 3. SERVICE FEES | | | |
| EACH DEF OVER ONE | 10.00 | .00 | 10.00 |
| NON RESID DEFEND | | | |
| CERTIFIED MAIL | | | |
| SUBPOENA FEE | | | |
| ADDL PLAINTIFFS | | | |
| 4. WITNESS FEES 1.50/DAY .05M | | | |
| 5. POST JUDGEMENT: | | | |
| ATTACHMENT | | | |
| GARNISHMENT | | | |
| EXECUTION | | | |
| 6. PUBLICATION | | | |
| 7. JUDGMENTS DATE:00/00/0000 | | | |
| 8. PUBLIC LAW LIBRARY TAX | | | |
| 9. COSTS FROM LOWER COURT: | | | |
| 10. OTHER: | | | |
| COURT ADMIN FUND | | | |
| APPEAL COSTS | | | |
| COPIES | | | |
| MOTIONS | | | |
| ATTY FEES | | | |
| T O T A L   C O S T S | 311.00 | .00 | 311.00 |

```
   I HEREBY CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT STATEMENT OF THE
   COSTS DUE IN THE SPECIFIED CASE:
         05/07/2026  ISSUED DATE        CLERK:KIM MCCARSON          BY:
                                              300 CALHOUN CO COURTHOUSE
                                              ANNISTON  AL  36201
                                              (256)231-1750
----------------------------------------------------------------------------
OPERATOR: VIS
PREPARED: 05/07/2026
```

ELECTRONICALLY FILED
5/7/2026 1:59 PM
11-CV-2026-900296.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

| | | |
|---|---|---|
| ERVIN CHRISTINA LASHAE | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  CV-2026-900296.00 |
| | ) | |
| SHOE STATION | ) | |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| Defendants. | ) | |

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP


Affiant is not indigent and request is DENIED.

The Plaintiff is granted 14 days leave to pay court costs in order to avoid dismissal.


IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 7th day of May, 2026

/s/ SHANNON C PAGE

CIRCUIT JUDGE

ρ

AVSO35C

ALABAMA JUDICIAL DATA CENTER
CALHOUN      COUNTY, ALABAMA
SUMMONS                          CV 2026 900296.00
CIVIL

---

IN THE  CIRCUIT COURT OF  CALHOUN      COUNTY, ALABAMA
CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL

SERVE ON: (D001)
SSN:   -   -                      PLAINTIFF'S ATTORNEY
SHOE STATION                      *** PRO SE ***
110 OXFORD EXCHANGE BLVD                              *Court's Copy*

OXFORD      ,AL  36203-0000

---

NOTICE TO THE ABOVE-NAMED DEFENDANT:

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU
OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER,
EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER
DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED
OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR
ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES)
OF THE ATTORNEY(S).

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT
MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE
COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER
WITH THE CLERK OF THIS COURT.

---

(✓)  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
     PROCEDURE TO SERVE PROCESS:
     YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
     COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE
     ABOVE-NAMED DEFENDANT.

( )  SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
     WRITTEN REQUEST OF _____ PURSUANT TO THE ALABAMA
     RULES OF CIVIL PROCEDURE.

DATE: 05/20/2026                  CLERK: KIM MCCARSON
                                  300 CALHOUN CO COURTHOUSE
                                  ANNISTON  AL  36201
                                  (256)231-1750

( )  CERTIFIED MAIL IS HEREBY REQUESTED
                                  ─────────────────────
                                  PLAINTIFF'S/ATTORNEY'S
                                          SIGNATURE

---

RETURN ON SERVICE

( )  RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE
     ON (DATE) _____ (RETURN RECEIPT HERETO ATTACHED)

(✗)  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THIS SUMMONS AND
     COMPLAINT OR OTHER DOCUMENT TO Shoe station
     IN  Calhoun           COUNTY, ALABAMA ON (DATE) 05-26-26
     05-26-26
DATE                              ─────────────────────
                                  SERVER'S SIGNATURE

                                  Deputy Sheriff
SERVER'S ADDRESS                  TYPE OF PROCESS SERVER


SERVER'S PHONE NUMBER

---

OPERATOR: VIS   PREPARED: 05/20/2026

CALHOUN COUNTY SHERIFF'S OFFICE

MAY 2 1 2026

RECEIVED



AlaFile E-Notice

11-CV-2026-900296.00

Judge: SHANNON C PAGE

To:  ERVIN CHRISTINA LASHAE (PRO SE)

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

CHRISTINA LASHAE ERVIN V. SHOE STATION ET AL
11-CV-2026-900296.00

The following matter was served on 5/26/2026

**D001 SHOE STATION**
**Corresponding To**
SERVED PERSONALLY

KIM MCCARSON
CIRCUIT COURT CLERK
CALHOUN COUNTY, ALABAMA
25 WEST 11TH STREET
ANNISTON, AL, 36201

256-231-1750